**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Howard Wilson,

   Plaintiff(s),

v.

1st Phorm International, LLC,

   Defendant(s).

Case No.  25 CV 7574
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
       and against defendant(s)
       in the amount of $          ,

           which ☐ includes        pre–judgment interest.
                 ☐ does not include pre–judgment interest.

   Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

   Plaintiff(s) shall recover costs from defendant(s).

_____

☐     in favor of defendant(s)
       and against plaintiff(s)

.

   Defendant(s) shall recover costs from plaintiff(s).

_____

☒     other: This case is voluntarily dismissed with prejudice.

_____

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt.


Date:  10/6/2025                    Thomas G. Bruton, Clerk of Court

                                   G. Lewis, Deputy Clerk